PAULINE GOLDBERG, Appellant, v. BERNARD GOLDBERG, Respondent.— No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

In the Matter of ANGELO CAMPERLENGO, v. STATE LIQUOR AUTHORITY. — Motion to dismiss with printing granted to the extent of dispensing with the printing in the record on appeal of all exhibits referred to with the exception of the formal portions of the application for removal, on condition that the originals thereof are filed with this court. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for Lincoln Square Slum Clearance Project Within the Area Bounded by West 60th Street and Other Streets in the Borough of Manhattan. JOHN F. MAXWELL et al., Appellants; CHARLES W. HAND et al., Respondents; 167 WEST 60TH STREET, INC., et al., Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals granted only insofar as to permit movants to appeal from that part of the order of this court entered January 25, 1962 which affirms the order of Special Term entered October 30, 1959, *nunc pro tunc* as of October 16, 1959, which denied their motions, affecting the Fifth and Sixth Separate and Partial Final Decrees, with respect to the allowance of interest on awards. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

In the Matter of the Arbitration between PANAMERICAN COMMODITIES, S. A., and MINERALS & CHEMICALS PHILIPP CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

EDWIN P. JENNINGS v. SAFEWAY STORES, INC., et al.— Application denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion for resettlement denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CLARK, Also Known as NORBERT HARRIS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS J. MARINACCIO. — Motion to dismiss appeal denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of JAMES O. EVANS v. PAN AMERICAN WORLD AIRWAYS, INC.— Motion for leave to consolidate appeals granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. That branch of the motion seeking to dispense with the printing of the record on appeal is denied. That branch of the motion seeking to dispense with the printing of Exhibit A in the record on appeal is granted on condition that six copies of said Exhibit A are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur.— McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT F. CHRISTMAN v. WARDEN OF THE NEW YORK CITY PENITENTIARY, RIKERS ISLAND.— Motion for leave to appeal as a poor person denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.